■ In the Matter of JOHN BROWN, Appellant, v DIVISION OF PAROLE et al., Respondents.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People*

*v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Oneida County, Grow, J.—Article 78.) Present—Denman, P. J., Pine, Balio, Fallon and Doerr, JJ.